

**George C. Morrison** | Counsel

7 Times Square, Suite 2900 | New York, NY 10036-6524
Direct 610.782.4911 | Fax 610.782.4933
morrisong@whiteandwilliams.com | whiteandwilliams.com

October 11, 2019

**Via ECF**

The Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    Willis Re Inc. v. Littell and Lockton Re, LLC
                Civil Case No. 19-CV-9087

Your Honor:

      We represent Plaintiff, Willis Re Inc. in the above-captioned matter. We write in response to the Court's October 11, 2019 Order scheduling an initial pretrial conference for November 8, 2019 at 10:00 a.m. Counsel for Plaintiff are not available before 11 a.m. on this date and respectfully request that the Court adjourn the conference to a later time, or an alternative date.

      Counsel for all parties are available: 11/4, 11/5, 11/8 (after 11 a.m.), 11/11, 11/12, 11/13, and 11/15 (after 11 a.m.). This is Plaintiff's first request for an adjournment of the initial pretrial conference. Counsel for Defendants do not object to this request.

                                                     Respectfully submitted,

                                                     WHITE AND WILLIAMS LLP

                                                     George C. Morrison

GCM:vty

Cc: Counsel for Defendants (via ECF)