

**Scott H. Casher**
427 Bedford Road, Suite 250 | Pleasantville, NY 10570-3035
Direct 914.487.7343 | Fax 914.487.7328
cashers@whiteandwilliams.com | whiteandwilliams.com

November 12, 2019

**VIA ECF**
Hon. Valerie E. Caproni, USDJ
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

<u>Re: Willis Re Inc. v. Littell & Lockton Re, 19-cv-09087 (VEC)</u>

Dear Judge Caproni:

My firm represents Plaintiff Willis Re in the above entitled action. Pursuant to the directive we received yesterday from your chambers, the parties hereby submit this Joint Letter and advise the Court as follows:

- The parties have reached an agreement in principle to settle this case and are in the process of finalizing a written settlement agreement.
- Defendants' Answer is due by November 14, 2019 and there are no other deadlines. The parties request an extension of the answer deadline by three weeks, until December 5, 2019, to enable the parties to continue settlement negotiations.
- Plaintiff served discovery demands, but the parties have not engaged in any further discovery.
- The parties submitted a proposed case management plan to the Court on October 31, 2019.
- Should this case fail to settle and instead proceed to trial, the parties anticipate that they will need one week for trial.
- The parties do not anticipate any motions at this time.
- The parties do not have any other issues at this time for the Court's attention.

Thank you for your continued attention to this matter.

Respectfully,

WHITE AND WILLIAMS LLP

*/s/ Scott Casher*

Scott H. Casher, Esq.
cc: All Counsel via ECF